A. Dale Manicom
Attorney at Law
California State Bar No. 86324
1205 J Street, Suite B
San Diego, CA 92101-7500
(619) 232-3255 (phone)
(619) 239-1717 (fax)

Marc J. Randazza (Pro Hac Vice Pending)
Florida Bar No. 625566
Weston, Garrou, Walters & Mooney
781 Douglas Avenue
Altamonte Springs, FL 32714
(407) 975-9150 (phone)
(407) 774-6151 (fax)
MRandazza@FirstAmendment.com

Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

**FILED**

**2009 MAY 20  PM 12: 47**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KMH _____DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

LIBERTY MEDIA HOLDINGS, LLC,
a California Limited Liability Company,

Plaintiff,

vs.

DAUBEN, Inc., a Texas Corporation d/b/a
TEXAS INTERNATIONAL PROPERTY
ASSOCIATES, and JOSEPH "JOEY"
DAUBEN, Individually,

Defendants.

CASE NO. '09 CV 1097 WQH   NLS

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF and DEMAND FOR JURY**

Plaintiff, Liberty Media Holdings, LLC, a California Limited Liability Company (hereinafter "LMH" or "Plaintiff") files this Complaint against Defendants, Dauben, Inc., a Texas Corporation, doing business as Texas International Property Associates (hereinafter "TIPA") and Joseph "Joey" Dauben, an individual (hereinafter "Dauben")

ORIGINAL

C:\Original Complaint

1  (hereinafter, TIPA and Dauben shall collectively be referred to as "Dauben/TIPA" or

2  "Defendants") and alleges as follows:

3

4                    **I.    INTRODUCTION**

5        1.      This action seeks injunctive relief and damages against Defendants' willful

6  infringement and dilution of LMH's famous trademarks resulting from the Defendants'

7  use of the CORBIN FISHER tradename, service mark, and the cobinfisher.com,

8  corninfisher.com, corbionfisher.com, corbiinfisher.com, corvinfisher.com, and

9  coebinfisher.com domain names (hereinafter the "Infringing Domain Names") in

10  violation of 15 U.S.C. §§ 1051 et seq. (the "Lanham Act"), specifically the

11  Anti-cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)).

12

13                **II.    JURISDICTION AND VENUE**

14        2.      This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and

15  28 U.S.C. §§ 1331, 1338(a), 2201 and 2202.

16        3.      This Court has personal jurisdiction over the Defendants, who have

17  engaged in business activities in and directed to this district, and have committed a

18  tortious act within this district.

19        4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as a substantial

20  part of the events or omissions giving rise to the claims pleaded herein occurred in this

21  district.

22                    **III.    THE PARTIES**

23        5.       Plaintiff LMH is a California Limited Liability Company with a principal

24  place of business in San Diego, California.

25        6.      LMH operates a network of websites under the CORBIN FISHER mark,

26  including CorbinFisher.com, which provides services of interest to the adult

27  entertainment community.

28

C:\Original Complaint                    - Page 2 of 19 -

7. TIPA is a Texas corporation with its principal place of business in Dallas, Texas.

8. Dauben is a Texas resident and the sole proprietor of TIPA.

9. Dauben/TIPA is in the business of registering and using domain names that are typographical error variants of other companies' trademarks in order to monetize Internet traffic that was intended for these other companies' websites. See Exhibit A (a representative list of domain name proceedings where TIPA has been held responsible for domain name infringements).

10. Dauben/TIPA is in the business of cybersquatting (and typosquatting) on famous trademarks in order to earn pay-per-click fees or other advertising revenue from trading on the fame of the marks. A representative sampling of Dauben/TIPA-owned domains which currently infringe on famous trademarks is attached as Exhibit B.

## IV.   **BACKGROUND**

**A.   LMH's Valuable Trademark Rights**

    **1.   CORBIN FISHER®**

11. The Plaintiff has been using the CORBIN FISHER mark in international commerce in connection with the adult entertainment industry since as early as January 2004.

12. The Plaintiff owns overwhelming trademark rights to the mark CORBIN FISHER established by five years of continuous and widespread use on the Internet, millions of daily visitors to the CORBIN FISHER network of websites, as well as near ubiquitous recognition in the relevant channels of trade.

13. The Plaintiff has been using "CORBIN FISHER" as a source identifier for its services since October 2003.

14. On August 11, 2005, Excelsior Media LLP (LMH's predecessor in interest) applied to register the CORBIN FISHER mark, and on January 9, 2007, the United States Patent and Trademark Office issued Registration No. 3,196,073. See Exhibit C.

15.     The CORBIN FISHER mark (in connection with the adult entertainment industry) can only identify the Plaintiff, and Internet users who navigate their browsers to the Infringing Domains would be misled to believe that the Infringing Domains (true and correct copies of which appear as Composite Exhibit D) are in some way connected to and affiliated with the Plaintiff.

16.     The Plaintiff has created a genuine commodity in the CORBIN FISHER trademark.

### 2.     CORBIN FISHER'S AMATEUR COLLEGE MEN®

17.     Since at least January 2004, LMH has used in commerce the service mark "CORBIN FISHER'S AMATEUR COLLEGE MEN" to promote online adult websites featuring photographs and videos.

18.     On August 11, 2005, Excelsior Media LLP (LMH's predecessor in interest) applied to register the CORBIN FISHER'S AMATEUR COLLEGE MEN mark, and on January 23, 2007, the United States Patent and Trademark Office issued Registration No. 3,200,827.  See Exhibit E.  The CORBIN FISHER'S AMATEUR COLLEGE MEN service mark is recognized in the relevant marketplace as a brand identifier for online adult websites featuring photographs and videos.

### B.     LMH's Internet Presence

19.     LMH maintains a substantial presence on the Internet.  Via the Internet, LMH advertises its products and services, transacts business with its customers, offers its customers access to many of its services, and provides product support, among other things.

20.     In order to provide customers with easy access to its online products and services, LMH has registered a number of Internet domain names.  Many of these domain names correspond to LMH's trademarks and service marks.  Examples of such domain names are <corbinfisher.com>; <corbinpays.com>; and <corbinup.com>.

1      21.    Each of these domain names, as well as others registered to LMH, resolves

2 to a LMH-created website that provides LMH's customers with information related to

3 LMH's products and services.  These websites generate business for LMH and allow

4 LMH to maintain relationships with its customers.

5

6      **C.    Defendant's Wrongful Conduct**

7      22.    Dauben/TIPA registered the Infringing Domain Names.  Dauben/TIPA is

8 and/or was the user of the Infringing Domain Names.

9      23.    On information and belief, Dauben/TIPA registered and used the Infringing

10 Domain Names to capitalize on the popularity of LMH's online services offered in

11 connection with the LMH Marks.

12     24.    On information and belief, Dauben/TIPA chose the Infringing Domain

13 Names and commenced use of the CORBIN FISHER mark in connection with its

14 websites solely for the purpose of improperly trading upon LMH's trademark rights.

15

16     **D.    The Infringing Domain Names**

17     25.    The Infringing Domain Names incorporate the entirety of the Plaintiff's

18 CORBIN FISHER trademark and consist of intentional misspellings of LMH's Marks.

19     26.    The Infringing Domain Names are identical or confusingly similar to

20 LMH's Marks.  The Infringing Domain Names do not resolve to websites owned or

21 endorsed by LMH.  Rather, upon information and belief, many of the Infringing Domain

22 Names resolve to websites that are controlled by Dauben/TIPA (collectively referred to as

23 "Dauben/TIPA's Websites").

24     27.    Plaintiff is informed and believes, and on that basis alleges that the

25 Defendants were aware of LMH's rights in the CORBIN FISHER mark and willfully

26 infringed upon it by registering the Infringing Domain Names.

27     28.    Plaintiff is informed and believes, and on that basis alleges that

28 Dauben/TIPA was aware of LMH's rights in the CORBIN FISHER mark and willfully

1   infringed upon those rights by using the Infringing Domain Names in a bad faith attempt
2   to capitalize on the CORBIN FISHER mark.

3        29.    Dauben/TIPA provides no bona fide services at the Infringing Domain
4   Names, but rather sends visitors into a rabbit hole of links that eventually lead to other
5   commercial websites.  Dauben/TIPA then receives payment for each of these clicks.
6   Dauben/TIP's Websites contain numerous advertisements for and/or hyperlinks to a
7   variety of products and services.

8        30.    On information and belief, Dauben/TIPA receives financial consideration
9   for this mis-directed traffic.

10        31.    On information and belief, through Defendants' aforementioned acts,
11   Dauben/TIPA intended to misdirect valuable Internet traffic that otherwise would have
12   gone to the CORBIN FISHER Websites.

13        32.    On information and belief, through Defendants' aforementioned acts,
14   Dauben/TIPA willfully created a likelihood of confusion between the Plaintiff's services
15   and Dauben/TIPA's services offered at the Infringing Domain Names.

16        33.    When a person looking for an LMH website lands on one of
17   Dauben/TIPA's Websites, that person may click on one of the advertisements or
18   hyperlinks on the site either because the person finds it easier to click advertisements or
19   hyperlinks than to continue searching for the LMH site, or because the person mistakenly
20   believes that LMH has authorized or endorsed the advertisements or hyperlinks.  In either
21   case, the person has been diverted from the LMH website he or she was seeking to visit,
22   and LMH has lost the opportunity to interact with that person.

23        34.    LMH has not consented to Dauben/TIPA's use of the CORBIN FISHER
24   tradename, service mark, and/or domain name, nor has LMH sponsored, endorsed, nor
25   approved of the services offered and promoted by Dauben/TIPA at Dauben/TIPA's
26   Websites.

27

28

C:\Original Complaint

35. Defendants are not affiliated with, or sponsored by, LMH and have not been authorized by Plaintiff to use the LMH Marks. Defendants have not now nor ever been authorized by Plaintiff to use or register any name or mark that includes the LMH Marks.

36. Defendants' services consist of nothing more than misleading webpages containing links to other webpages where third party goods and services are located.

37. Defendants use the Infringing Domain Names to profit from the LMH Marks. Upon information and belief, Defendants receive payment when Internet users click on one or more links or advertisements on the websites located at the Infringing Domain Names. Defendants receive these payments from one or more advertisers, affiliate programs, and/or search engines.

38. Dauben/TIPA has done nothing to market or promote the CORBIN FISHER mark independently of the infringing services offered at Dauben/TIPA's Websites.

39. On information and belief, Dauben/TIPA adopted and used the CORBIN FISHER mark and the Infringing Domain Names for the purpose of misleading and confusing the public about its association with LMH, and trading on the goodwill, reputation, and fame of the CORBIN FISHER mark.

40. Defendants' registration and use of the Infringing Domain Names is to primarily capitalize on the goodwill associated with the LMH Marks for profit.

41. After learning of Dauben/TIPA's use of the Infringing Domain Names, and the CORBIN FISHER trade name and service mark, LMH communicated with Dauben/TIPA through counsel to inquire as to Dauben/TIPA's intentions.

42. LMH's good faith overtures for non-adversarial resolution were rejected or ignored and Dauben/TIPA continued to engage in its bad faith use of LMH's distinctive and unique trademarks.

43. Dauben/TIPA's infringing conduct and refusal to respect LMH's trademark rights indicates that Dauben/TIPA deliberately and willfully selected and is using a mark and a domain name similar to LMH's famous trademark to mislead and confuse

1  consumers into believing that Dauben/TIPA's Websites are provided by, sponsored by, or

2  approved of by CORBIN FISHER.  Dauben/TIPA is trading on LMH's reputation and

3  goodwill, and its enormous investment in the promotion of the CORBIN FISHER service

4  mark, thus diluting the distinctive quality of the famous CORBIN FISHER mark.

5      44.    Defendants registered the Infringing Domain Names willfully and with bad

6  faith intent to profit from the LMH Marks.

7      45.    On information and belief, Dauben/TIPA knew about CORBIN FISHER,

8  the CORBIN FISHER mark, and CORBIN FISHER's business at the time it adopted the

9  CORBIN FISHER tradename, service mark, and the Infringing Domain Names, or was

10  willfully blind to LMH's trademark rights.

11      46.    Dauben/TIPA's first commercial use of the CORBIN FISHER mark and the

12  Infringing Domain Names occurred after LMH's first use of the CORBIN FISHER mark

13  in connection with its services, and years after CORBIN FISHER's common law rights

14  had been established.

15      47.    Dauben/TIPA's first commercial use of the CORBIN FISHER mark and the

16  Infringing Domain Names occurred after LMH's CORBIN FISHER mark had become

17  famous.

18      48.    Dauben/TIPA's promotion of its services under the Infringing Domain

19  Names is directed at consumers of LMH's services and is conducted through the same

20  channels of trade as are used by LMH to promote its services under the CORBIN

21  FISHER mark.

22      49.    Dauben/TIPA's use of the Infringing Domain Names, and Dauben/TIPA's

23  actions described herein are certain or likely to cause confusion, deception, and/or

24  mistake as to: (a) the source or origin of Dauben/TIPA's services; and (b) whether LMH

25  sponsors, endorses, or approves of Dauben/TIPA or its services or is otherwise affiliated

26  with Dauben/TIPA.

27

28

C:\Original Complaint

50.     Dauben/TIPA's use of the Infringing Domain Names and Dauben/TIPA's actions described herein dilute the distinctive quality of LMH's famous CORBIN FISHER mark.

51.     Dauben/TIPA's use of the Infringing Domain Names and its actions described herein have been, and continue to be deliberate, willful, and with disregard of LMH's rights.

52.     Dauben/TIPA's continuing conduct constitutes an ongoing risk that the public will be confused as to the source or origin of the services provided at the Infringing Domain Names.

53.     LMH has sustained, and will continue to sustain, irreparable injury as a result of Dauben/TIPA's conduct.  This injury is not compensable solely by the award of monetary damages.  Unless Dauben/TIPA is immediately restrained and enjoined from engaging in its infringing and diluting conduct, LMH will continue to suffer irreparable injury.

## **FIRST CLAIM FOR RELIEF**

### **Cyberpiracy - 15 U.S.C. § 1125(d)**

54.     LMH incorporates by reference and realleges the allegations set forth in paragraphs 1-53, inclusive, as though set forth in their entirety herein.

55.     This is an action under the Anti-cybersquatting Consumer Protection Act ("ACPA"), as codified at 15 U.S.C. § 1125(d).

56.     Dauben/TIPA's Infringing Domain Names are confusingly similar to and/or dilutive of LMH's famous CORBIN FISHER mark.

57.     Dauben/TIPA has registered, has used, and/or is using the Infringing Domain Names with the bad faith intent to profit from LMH's famous CORBIN FISHER mark.

58.     Dauben/TIPA's actions constitute a violation of the Lanham Act and the ACPA, 15 U.S.C. § 1125(d).

1    59.    LMH has been, is now, and will continue to be irreparably harmed by

2    Dauben/TIPA's aforementioned acts, and unless enjoined by the Court, Dauben/TIPA's

3    unauthorized use of the Infringing Domain Names will continue, and there is no adequate

4    remedy at law for the harm caused by the acts alleged herein.

5    60.    The actions alleged herein to have been undertaken by the Defendants, were

6    actions that the Defendants caused to occur, were actions that the Defendants authorized,

7    controlled, directed, or had the ability to authorize, control or direct, and/or were actions

8    in which the Defendants assisted, participated or otherwise encouraged, and are actions

9    for which the Defendants is liable.

10    61.    Budgetnames.com, is the registrar of the Infringing Domains.

11    62.    Pursuant to 15 U.S.C. § 1125(d)(1)(c), this Court is empowered to order the

12    Registrar to transfer the domain names to a prevailing Plaintiff.

13    WHEREFORE, LMH prays that on the First Claim for Relief, the Court issue an

14    order:

15    a.    granting a preliminary and permanent injunction transferring the Infringing

16    Domain Names and/or any other URLs that incorporate the Plaintiff's trademarks to the

17    Plaintiff, LMH;

18    b.    directing Dauben/TIPA to relinquish all rights in the Infringing Domain

19    Names and to transfer the Infringing Domain Names to the Plaintiff, LMH; and directing

20    Dauben/TIPA to relinquish all rights in any other Internet domain names that contain the

21    Plaintiff's marks or any other confusingly similar variation thereof;

22    c.    directing Dauben/TIPA to account to LMH for any and all gains, profits,

23    and advantages derived by Dauben/TIPA from the sale of products or services through

24    the use of the infringing mark or the Infringing Domain Names;

25    d.    directing the registrar of the Infringing Domain Names, Budgetnames.com,

26    to transfer the domain names to the Plaintiff;

27    e.    awarding Plaintiff statutory damages of $100,000 per infringing domain

28    name under the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d);

C:\Original Complaint                         - Page 10 of 19 -

1       f.     awarding the Plaintiff its reasonable attorneys' fees, costs of Court and

2  disbursements incurred herein in view of Defendants' intentional and willful

3  infringement, pursuant to 15 U.S.C. § 1117;

4       g.    granting the Plaintiff all other relief to which it is entitled and such other or

5  additional relief as is just and proper.

6

7                       **SECOND CLAIM FOR RELIEF**

8     **Trademark Infringement, Unfair Competition, and False Designation**

9     **of Origin 15 U.S.C. § 1125(a)**

10     63.    LMH incorporates by reference and realleges the allegations set forth in

11  paragraphs 1-53, inclusive, as though set forth in their entirety herein.

12     64.    This is an action for trademark infringement, pursuant to 15 U.S.C. §

13  1125(a).

14     65.    LMH alleges and believes that Dauben/TIPA chose the Infringing Domain

15  Names, adopted the CORBIN FISHER mark, and took the other actions alleged above, in

16  order to cause confusion or mistake, to deceive the public as to the origin, sponsorship, or

17  approval of the services of Dauben/TIPA, and/or to deliberately pass off Dauben/TIPA's

18  services as those of LMH.

19     66.    Dauben/TIPA's conduct constitutes trademark infringement and unfair

20  competition in violation of 15 U.S.C. § 1125(a).

21     67.    Unless enjoined, Dauben/TIPA will continue its infringing conduct.

22     68.    As a direct and proximate result of Dauben/TIPA's infringing conduct,

23  LMH has suffered and will continue to suffer irreparable injury to its business reputation

24  and goodwill for which no adequate remedy exists at law, and LMH has lost sales,

25  visitors and profits in an amount not yet fully ascertained.

26     69.    Dauben/TIPA's conduct complained-of herein is malicious, fraudulent,

27  knowing, willful, and deliberate, entitling LMH to an accounting of Dauben/TIPA's

28

1   profits, increased damages, and an award of it's attorneys' fees and costs incurred in

2   prosecuting this action under 15 U.S.C. § 1117.

3   　　　　WHEREFORE, LMH prays that on the Second Claim for Relief, the Court issue

4   an order:

5   　　　　a.　　　granting a preliminary and permanent injunction restraining Dauben/TIPA

6   and any and all individuals or entities acting in concert or participation with

7   Dauben/TIPA, from using in connection with any product or service or the manufacture,

8   importation, exportation, sale, offering for sale, distribution, advertising, promotion,

9   labeling, or packaging of any product or service, or for using for any commercial purpose

10  whatsoever:  (1) the designation CORBIN FISHER; (2) the Infringing Domain Names

11  and/or any other URLs that incorporate the Plaintiff's trademarks; (3) any other

12  designation that is likely to cause dilution of the distinctiveness of the Plaintiff's

13  trademarks or injury to the Plaintiff's business reputation; or (4) any other name, mark, or

14  term likely to cause mistake in the mind of the public or to deceive the public into the

15  belief that Dauben/TIPA's business and/or products and/or services are in any way

16  associated with or related to LMH or its products and/or services; (5) engaging in any

17  non-privileged activities that are calculated to, or reasonably likely to, interfere with the

18  business relationships, existing or prospective, between LMH and its customers.

19  　　　　b.　　　directing Dauben/TIPA to relinquish all rights in the Infringing Domain

20  Names and to transfer the Infringing Domain Names to Plaintiff, LMH; and directing

21  Dauben/TIPA to relinquish all rights in any other Internet domain names that contain the

22  term "CORBIN FISHER" or any other confusingly similar variation thereof;

23  　　　　c.　　　directing Dauben/TIPA to account to the Plaintiff for any and all gains,

24  profits, and advantages derived by Dauben/TIPA from the sale of products or services

25  through the use of the infringing mark or the Infringing Domain Names;

26  　　　　d.　　　awarding LMH a monetary judgment against Dauben/TIPA for the

27  maximum damages allowable pursuant to 15 U.S.C. § 1114(1), 15 U.S.C. § 1117, 15

28  U.S.C. § 1125(a);

C:\Original Complaint                          - Page 12 of 19 -

1    e.      trebling the amount of such award on account of Dauben/TIPA's willful,

2   intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

3    f.      awarding the Plaintiff its reasonable attorneys' fees, costs of Court and

4   disbursements incurred herein in view of Dauben/TIPA's intentional and willful

5   infringement, pursuant to 15 U.S.C. § 1117;

6    g.      granting the Plaintiff all other relief to which it is entitled and such other or

7   additional relief as is just and proper.

8

9                        **THIRD CLAIM FOR RELIEF**

10                      **Willful Trademark Infringement**

11    70.     LMH incorporates by reference and realleges the allegations set forth in

12   paragraphs 1-53, inclusive, as though set forth in their entirety herein.

13    71.     This is an action for declaratory and injunctive relief and damages pursuant

14   to the Lanham Act, Section 32(1), 15 U.S.C. § 1114(1).

15    72.     In the course of its conduct of business, LMH's CORBIN FISHER mark

16   has been continuously used in association with the LMH Websites.  During this period,

17   the Plaintiff's CORBIN FISHER mark and the Plaintifff's reputation has continuously

18   grown throughout the United States and worldwide as a source of origin for services

19   marketed under the CORBIN FISHER trademark.

20    73.     LMH's mark has become associated in the minds of consumers with one of

21   the most reputable adult-entertainment websites on the Internet, and Plaintiff enjoys the

22   benefit of the ever-increasing fame and goodwill associated with the CORBIN FISHER

23   mark, as a result of its efforts and industry.

24    74.     Dauben/TIPA's aforementioned acts constitute willful infringement of the

25   Plaintiff's CORBIN FISHER mark in violation of the Lanham Act, 15 U.S.C. § 1114(1).

26    75.     Consumers are likely to be confused by Dauben/TIPA's use and display of

27   the Plaintiff's CORBIN FISHER mark as a component of Defendant's Infringing URLs.

28

76.     Consumers who navigate to the Infringing Domain Names are likely to believe that they are navigating to a site owned or endorsed by LMH, thereby falsely designating the origin of the goods and services offered via the infringing site.

77.     Consumers, once so misled, are likely to purchase goods and services at the Infringing Domain Names, believing they are Plaintiff's or somehow affiliated with the Plaintiff, thereby resulting in a loss of sales to LMH, blurring of the source of origin of products and services, and diluting the value of Plaintiff's CORBIN FISHER mark.

78.     The use by Dauben/TIPA of Plaintiff's CORBIN FISHER mark in connection with the Infringing Domain Names is likely to cause confusion, mistake, and deception in the relevant marketplace as to the source of origin of online services delivered to the end user who accesses the Infringing Domain Names, and will continue to do so unless enjoined by this Court.

79.     By such wrongful acts Daubent/TIPA has caused, and unless restrained by the Court, will continue to cause serious irreparable injury and damage to the Plaintiff and to the goodwill associated with Plaintiff's CORBIN FISHER mark, including diversion of customers, lost sales, and lost profits, blurring, tarnishment and dilution of Plaintiff's CORBIN FISHER mark.

WHEREFORE, Plaintiff prays that on the Third Claim for Relief, the Court issue an order:

a.     granting a preliminary and permanent injunction restraining Defendants and any and all individuals or entities acting in concert or participation with Defendants, from using in connection with any product or service or the manufacture, importation, exportation, sale, offering for sale, distribution, advertising, promotion, labeling, or packaging of any product or service, or for using for any commercial purpose whatsoever: (1) the designation CORBIN FISHER; (2) the Infringing Domain Names and/or any other URLs that incorporate the Plaintiff's CORBIN FISHER mark; (3) any other designation that is likely to cause dilution of the distinctiveness of the CORBIN FISHER mark or injury to the Plaintiff's business reputation; or (4) any other name, mark, or term likely to

1   cause mistake in the mind of the public or to deceive the public into the belief that

2   Defendants' business and/or products and/or services are in any way associated with or

3   related to Plaintiff or its products and/or services; (5) engaging in any non-privileged

4   activities that are calculated to, or reasonably likely to, interfere with the business

5   relationships, existing or prospective, between the Plaintiff and its customers.

6       b.      directing Defendants to relinquish all rights in the Infringing Domain

7   Names and to transfer these Internet domain names to the Plaintiff, LMH; and directing

8   Defendants to relinquish all rights in any other Internet domain names that contain the

9   term "CORBIN FISHER" or any other confusingly similar variation thereof;

10      c.      directing Defendants to account to the Plaintiff for any and all gains,

11  profits, and advantages derived by Defendants from the sale of products or services

12  through the use of the CORBIN FISHER mark or the Infringing Domain Names;

13      d.      awarding Plaintiff a monetary judgment against Defendants for the

14  maximum damages allowable pursuant to 15 U.S.C. § 1114(1), 15 U.S.C. § 1117, 15

15  U.S.C. § 1125(a), and 15 U.S.C. § 1125(d);

16      e.      trebling the amount of such award on account of Defendants' willful,

17  intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

18      f.      awarding the Plaintiff its reasonable attorneys' fees, costs of Court and

19  disbursements incurred herein in view of Defendant's intentional and willful

20  infringement, pursuant to 15 U.S.C. § 1117;

21      g.      granting the Plaintiff all other relief to which it is entitled and such other or

22  additional relief as is just and proper.

23

24

25

26

27

28

# **FOURTH CLAIM FOR RELIEF**

## **Unfair Competition**

80.    LMH incorporates by reference and realleges the allegations set forth in paragraphs 1-53, inclusive, as though set forth in their entirety herein.

81.    Defendants' aforementioned acts constitute unfair competition under the common law and under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

82.    On information and belief, Defendants, without the consent of the Plaintiff, registered URLs that infringed on the Plaintiff's trademark rights and diverted traffic from the Plaintiff's online business by forwarding unwitting customers to other websites that are in direct competition with Plaintiff.

83.    Defendants' Infringing Domain Names continue to redirect web users to other websites to this day.

84.    Defendants' use of the Plaintiff's CORBIN FISHER mark is likely to confuse and mislead the public and to induce the mistaken belief that the websites located at Defendants' Infringing Domain Names are associated with Plaintiff LMH.

85.    Defendants' use of Plaintiff's CORBIN FISHER mark is likely to confuse and mislead the public and to induce the mistaken belief that the Dauben/TIPA Websites are endorsed or sponsored by the Plaintiff.

86.    Defendants' use of the Plaintiff's CORBIN FISHER mark is likely to confuse and mislead the public and to induce the mistaken belief that the Dauben/TIPA Websites are in some way connected with the Plaintiff.

87.    This confusion is likely to influence the decision of members of the public as to whether to use the services found at the sites to which the Infringing Domain Names resolve.

88.    Defendants' use of the Plaintiff's CORBIN FISHER mark is likely to confuse and mislead the public and to induce the mistaken belief that the Infringing Domain Names and/or the websites that they resolve to are associated with LMH.

89.     Defendants' use of the Plaintiff's CORBIN FISHER mark is likely to confuse and mislead the public and to induce the mistaken belief that these websites are endorsed or sponsored by Plaintiff.

90.     Defendants' use of the Plaintiff's CORBIN FISHER mark is likely to confuse and mislead the public and to induce the mistaken belief that these websites are in some way connected with the Plaintiff.

91.     This confusion is likely to influence the decision of members of the public as to whether to use the services provided at the Infringing Domain Names.

92.     The aforesaid acts of Defendants constitute false designation of origin and false description and representation tending falsely to describe Dauben/TIPA's Websites and services, all in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

93.     With knowledge of the falsity of such designation of origin, such description, and such representation, Defendants have utilized the aforesaid Infringing Domain Names in interstate commerce.

94.     By reason of such false designation of origin and false description and representation tending falsely to describe the aforesaid goods and services, Plaintiff has suffered and will continue to suffer substantial damage to its business in the form of diversion of trade, loss of profits, loss of goodwill, and damage to reputation.

95.     By reason of the aforesaid false designation of origin and false description and representation as alleged above, Defendants are liable to the Plaintiff for the actual damages suffered by the Plaintiff as a result of Defendants' acts and any additional profits earned by Defendants as a result of said acts.

96.     Plaintiff has been damaged by Defendants' aforementioned acts.

97.     Unless restrained and enjoined, the aforesaid false designation of origin and false description and representation tending to mislead consumers will cause Plaintiff irreparable injury.

WHEREFORE, Plaintiff prays that on the Fourth Claim for Relief, the Court issue an order:

1       a.     granting a preliminary and permanent injunction restraining Defendants and

2  any and all individuals or entities acting in concert or participation with Defendants, from

3  using in connection with any product or service or the manufacture, importation,

4  exportation, sale, offering for sale, distribution, advertising, promotion, labeling, or

5  packaging of any product or service, or for using for any commercial purpose whatsoever:

6  (1) the designation CORBIN FISHER; (2) the Infringing Domain Names and/or any other

7  URLs that incorporate the Plaintiff's CORBIN FISHER mark; (3) any other designation

8  that is likely to cause dilution of the distinctiveness of the CORBIN FISHER mark or

9  injury to the Plaintiff's business reputation; or (4) any other name, mark, or term likely to

10  cause mistake in the mind of the public or to deceive the public into the belief that

11  Defendants' business and/or products and/or services are in any way associated with or

12  related to Plaintiff or its products and/or services; (5) engaging in any non-privileged

13  activities that are calculated to, or reasonably likely to, interfere with the business

14  relationships, existing or prospective, between the Plaintiff and its customers.

15       b.     directing Defendants to relinquish all rights in the Infringing Domain

16  Names and to transfer these Internet domain names to the Plaintiff, LMH; and directing

17  Defendants to relinquish all rights in any other Internet domain names that contain the

18  term "CORBIN FISHER" or any other confusingly similar variation thereof;

19       c.     directing Defendants to account to the Plaintiff for any and all gains,

20  profits, and advantages derived by Defendants from the sale of products or services

21  through the use of the CORBIN FISHER mark or the Infringing Domain Names;

22       d.     awarding Plaintiff a monetary judgment against Defendants for the

23  maximum damages allowable pursuant to 15 U.S.C. § 1114(1), 15 U.S.C. § 1117, 15

24  U.S.C. § 1125(a);

25       e.     trebling the amount of such award on account of Defendants' willful,

26  intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

27

28

1       f.    awarding the Plaintiff its reasonable attorneys' fees, costs of Court and

2  disbursements incurred herein in view of Defendants' intentional and willful

3  infringement, pursuant to 15 U.S.C. § 1117;

4       g.    granting the Plaintiff all other relief to which it is entitled and such other or

5  additional relief as is just and proper.

Dated: May 20, 2009

A. Dale Manicom
Attorney at Law
California Bar No. 86324
1205 J St., Suite B
San Diego, CA 92101-7500
(619) 232-3255 (phone)
(619) 239-1717 (fax)
manicom@earthlink.net

Marc J. Randazza
Florida Bar No. 625566 (Pro Hac Vice Pending)
Weston, Garrou, Walters & Mooney
781 Douglas Avenue
Altamonte Springs, FL 32714
(407) 975-9150 (phone)
(407) 774-6151 (fax)
MRandazza@FirstAmendment.com

Attorneys for Plaintiff LMH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBITS - TABLE OF CONTENTS


<u>Description in Complaint</u>                                              <u>Tab</u>

Representative List of Domain Name Proceedings                     A

Representative Sampling of Dauben/TIP-owned Domain Names           B

U.S. Patent and Trademark Office Registration No. 3,196,073        C

Copies of Infringing Domains                                       D

U.S. Patent and Trademark Office Registration No. 3,200,827        E


EXHIBITS - TABLE OF CONTENTS

C:\Original Complaint

EXHIBIT A

## EXHIBIT A

**Sample List of Domain Name Proceedings involving Texas International Property Associates as Respondent (Domains Transferred to Complainant)**

*Tarkett Inc. v. Texas International Property Associates*, WIPO Case No. D2009-0180 (24 Mar. 2009)

*BzzAgent, Inc. v. Texas International Property Associates*, WIPO Case No. D2008-1966 (10 Apr. 2009)

*NBTY, Inc. and Vitamin World, Inc. v. Texas International Property Associates – NA NA*, WIPO Case No. D2008-1959 (24 Mar. 2009)

*Starline Publications, Inc. v. Texas International Property Associates*, WIPO Case No. D2008-1824 (2 Feb. 2009)

*Gateway U.S. Retail, Inc. v. Texas International Property Associates*, WIPO Case No. D2008-1821 (20 Mar. 2009)

*Campagnolo S.r.l. v. Texas International Property Associates*, WIPO Case No. D2008-1817 (2 Feb. 2009)

*Malley's Candies Inc. v. Texas International Property Associates - NA NA*, WIPO Case No. D2008-1803 (26 Jan. 2009)

*Legacy Health System v. Texas International Property Associates*, WIPO Case No. D2008-1709 (7 Jan. 2009)

*Check Into Cash Inc. v. Texas International Property Associates - NA NA*, WIPO Case No. D2008-1699 (11 Feb. 2009)

*Stanworth Development Limited v. Texas International Property Associates- NA NA*, WIPO Case No. D2008-1644 (31 Dec. 2008)

*Wilmer Cutler Pickering Hale and Dorr LLP v. Texas International Property Associates - NA NA*, WIPO Case No. D2008-1451 (13 Nov. 2008)

*Harte-Hanks, Inc. v. Texas International Property Associates*, WIPO Case No. D2008-1281 (14 Oct. 2008)

*Hess Natur-Textilien GmbH v. Texas International Property Associates - NA NA*, WIPO Case No. D2008-1051 (3 Sept. 2008)

*Atlas Copco Aktiebolag v. Texas International Property Associates NA NA*, WIPO Case No. D2008-0986 (8 Sept. 2008)

## EXHIBIT A

*NBC Universal, Inc. v. Texas International Property Associates*, WIPO Case No. D2008-0862 (29 Jul. 2008)

*Eli Lilly and Company v. Texas International Property Associates-NA NA*, WIPO Case No. D2008-0584 (9 Jun. 2008)

*Expert Travel Services, LLC v. Texas International Property Associates - NA NA*, WIPO Case No. D2008-0307 (24 Apr. 2008)

*Autosales Incorporated, dba Summit Racing Equipment v. Texas International Property Associates NA NA*, WIPO Case No. D2008-0121 (31 Mar. 2008)

*Schweizerische Rückversicherungs-Gesellschaft v. Texas International Property Associates - NA NA*, WIPO Case No. D2007-1455

*Alliant Credit Union v. Texas International Property Associates*, WIPO Case No. D2007-1086, (26 Sept. 2007)

*IntegraMed America, Inc. v. Texas International Property Associates*, WIPO Case No. D2007-0975 (18 Oct. 2007)

*American Automobile Association Inc. v. Texas International Property Associates*, WIPO Case No. D2007-0592 (13 Aug. 2007)

*Sports Holdings Inc. v. "Texas International Property Associates"/ "Sports Holdings Inc."* WIPO Case No. D2007-0430 (18 June 2007)

*Associated Bank Corp. v. Texas International Property Associates*, WIPO Case No. D2007-0334 (28 June 2007)

*Amgen Inc. v. Texas International Property Associates*, WIPO Case No. D2007-0155 (4 May 2007)

2

**EXHIBIT A**

**Int. Cl.: 35**

**Prior U.S. Cls.: 101, 102 and 107**

Reg. No. 1,746,016

## United States Patent and Trademark Office

Registered Jan. 12, 1993

### SERVICE MARK
### PRINCIPAL REGISTER

## TICKETMASTER

TICKETMASTER CORPORATION (ILLINOIS CORPORATION)
3701 WILSHIRE BOULEVARD
LOS ANGELES, CA 90010

FOR: ACCOUNTING SERVICES FOR TICKET SALES RENDERED BY COMPUTER; AND, PROMOTING SPORTING EVENTS, MUSICAL CONCERTS AND OTHER ENTERTAINMENT EVENTS; TICKET AGENCY SERVICES FOR SPORTING EVENTS, MUSICAL CONCERTS AND OTHER ENTERTAINMENT

EVENTS, IN CLASS 35 (U.S. CLS. 101, 102 AND 107).

FIRST USE 8-0-1975; IN COMMERCE 8-0-1975.

OWNER OF U.S. REG. NOS. 1,096,591 AND 1,399,799.

SER. NO. 74–213,750, FILED 10–21–1991.

ANDREW D. LAWRENCE, EXAMINING ATTORNEY

EXHIBIT B·1

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

**FIND NOW**

## Domain: tickestsmaster.com

| | |
|---|---|
| **Created Date:** | 2005-10-18 03:31:58 |
| **Expires:** | 2009-10-18 03:31:58 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B-2**

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**Reg. No. 2,719,478**

## United States Patent and Trademark Office

Registered May 27, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## ENFAMIL

MEAD JOHNSON & COMPANY (DELAWARE CORPORATION)
2400 WEST LLOYD EXPRESSWAY
EVANSVILLE, IN 47721

    FOR: PEDIATRIC FEEDING FORMULA, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

    FIRST USE 4-28-2000; IN COMMERCE 4-28-2000.

OWNER OF U.S. REG. NOS. 696,534, 800,782, AND 2,487,248.

SER. NO. 78-140,740, FILED 7-2-2002.

CAROLINE WOOD, EXAMINING ATTORNEY

**EXHIBIT B-3**

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |

FIND NOW

## Domain: enfamail.com

| | |
|---|---|
| **Created Date:** | 2004-12-10 21:14:09 |
| **Expires:** | 2009-12-10 21:14:09 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B·4**

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

**Reg. No. 3,279,875**
Registered Aug. 14, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



PHOTOBUCKET.COM, INC. (DELAWARE COR-
  PORATION)
209 HAMILTON AVENUE, SUITE 220
PALO ALTO, CA 94301

  FOR: HOSTING OF DIGITAL CONTENT, IMA-
GES AND VIDEO ON THE INTERNET, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 6-14-2003; IN COMMERCE 6-14-2003.

SER. NO. 78-938,506, FILED 7-26-2006.

GINA FINK, EXAMINING ATTORNEY

EXHIBIT B·5

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---------|---------|-----------|-----------|---------|

[                              ] **FIND NOW**

## Domain: photobuckes.com

| | |
|---|---|
| **Created Date:** | 2005-06-03 01:40:43 |
| **Expires:** | 2009-06-03 01:40:43 |
| | |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |



EXHIBIT B·6

**AO 120 (Rev. 3/04)**

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court ___EASTERN DIST KY AT COV___ on the following     Patents or   **X** Trademarks:

| DOCKET NO.<br>2:08-CV-52 | DATE FILED<br>3/21/2008 | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF KY NORTHERN DIV AT COVINGTON |
|---|---|---|
| PLAINTIFF<br>BUFFALO WILD WINGS, INC. | | DEFENDANT<br>BUFFALO TRACE WILD WINGS |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,871,217 | | for the buffalo design mark |
| 2 | 2,239,550 | | BUFFALO   WILD WINGS |
| 3 | 2,187,765 | | for the word and buffalo & circle design |
| 4 | 1,497,262 | | BW-3 BUFFALO WILD WINGS AND WECK - THE REAL THING |
| 5 | 1,496,316 | | BUFFALO WILD WINGS & WECK |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Consent Judgment against Defendant Buffalo Trace Wild  WIngs dated 10/17/2008 |

| CLERK<br>LESLIE G. WHITMER, CLERK | (BY) DEPUTY CLERK<br>*Joyce Meyer* | DATE<br>10/17/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

EXHIBIT B-7

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,239,550

Registered Apr. 13, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# BUFFALO WILD WINGS

BW-3, INC. (MINNESOTA CORPORATION)
1919 INTERCHANGE TOWER
600 SOUTH HIGHWAY 169
MINNEAPOLIS, MN 55426

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-16-1997; IN COMMERCE 6-16-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFALO & WINGS", APART FROM THE MARK AS SHOWN.

SN 75-286,844, FILED 5-5-1997.

DARLENE BULLOCK, EXAMINING ATTOR-NEY

EXHIBIT B-8

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |

FIND NOW

## Domain: buffallowildwings.com

| | |
|---|---|
| **Created Date:** | 2005-02-10 04:43:36 |
| **Expires:** | 2010-02-10 04:43:36 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B·9**

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,125,531
Registered Aug. 8, 2006

## TRADEMARK
### PRINCIPAL REGISTER



PFIZER INC. (DELAWARE CORPORATION)
235 EAST 42ND STREET
NEW YORK, NY 10017

FOR: FULL LINE OF MEDICATED AND PHAR-
MACEUTICAL PREPARATIONS, BOTH PRESCRIP-
TION AND OVER-THE-COUNTER, FOR USE IN
CONNECTION WITH HUMANS AND ANIMALS, IN
CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 11-30-1951; IN COMMERCE 11-30-1951.

OWNER OF U.S. REG. NOS. 501,762 AND 626,088.

SER. NO. 76-645,460, FILED 8-23-2005.

RONALD MCMORROW, EXAMINING ATTORNEY

**EXHIBIT B·10**

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---------|---------|-----------|-----------|---------|

[ FIND NOW ]

## Domain: pfize.com

| | |
|---|---|
| **Created Date:** | 2004-11-27 19:23:18 |
| **Expires:** | 2009-11-27 19:23:18 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT** B·11

Int. Cl.: 29

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 3,229,827
Registered Apr. 17, 2007

## TRADEMARK
### PRINCIPAL REGISTER



TGI FRIDAY'S OF MINNESOTA, INC. (MINNE-
SOTA CORPORATION)
4201 MARSH LANE
CARROLLTON, TX 75007

FOR: FRESH AND FROZEN APPETIZERS CON-
SISTING PRIMARILY OF VEGETABLES, MEAT
AND/OR CHEESE; DAIRY-BASED DIPS; AND
SOUPS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-1-2004; IN COMMERCE 8-1-2004.

OWNER OF U.S. REG. NOS. 2,300,670, 2,545,010,
AND 2,963,202.

SER. NO. 78-911,003, FILED 6-19-2006.

DORITT L. CARROLL, EXAMINING ATTORNEY

EXHIBIT B-12

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!** 

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |

[ FIND NOW ]

## Domain: fridys.com

| | |
|---|---|
| **Created Date:** | 2005-11-29 06:17:20 |
| **Expires:** | 2009-11-29 06:17:20 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B-13**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,312,684
Registered Oct. 16, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# Snopes

BARDAV INC. (CALIFORNIA CORPORATION)
#245
5737 KANAN ROAD
AGOURA HILLS, CA 91301

    FOR: ENTERTAINMENT SERVICES NAMELY
PROVIDING A WEBSITE FEATURING, PHOTO-
GRAPHIC, AUDIO, VIDEO AND PROSE PRESEN-
TATIONS FEATURING NEWS AND
INFORMATION ABOUT URBAN LEGENDS, FOLK-
LORE, MYTHS, RUMORS, AND MISINFORMA-
TION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

    FIRST USE 1-1-1995; IN COMMERCE 1-1-1995.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

    SER. NO. 78-973,969, FILED 9-13-2006.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

EXHIBIT B-14

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

[                              ] [FIND NOW]

## Domain: snopis.com

**Created Date:**            2005-12-31 21:01:57
**Expires:**                 2009-12-31 21:01:57

**Nameservers:**             ns2.hitfarm.com
                             ns1.hitfarm.com

**Registrant Contact Information:**
| | |
|---|---|
| Contact | Texas International Property Associates |
| Address | 4041 W. Wheatland Suite 156-417 |
| City | Dallas |
| State | TX |
| ZIP | 75237 |
| Country | US |
| Phone | 214-632-7290 |
| Fax | |
| Email | texasipa@gmail.com |

**Administrative Contact Information:**
| | |
|---|---|
| Contact | Texas International Property Associates |
| Address | 4041 W. Wheatland Suite 156-417 |
| City | Dallas |
| State | TX |
| ZIP | 75237 |
| Country | US |
| Phone | 214-632-7290 |
| Fax | |
| Email | texasipa@gmail.com |

**Technical Contact Information:**
| | |
|---|---|
| Contact | Texas International Property Associates |
| Address | 4041 W. Wheatland Suite 156-417 |
| City | Dallas |
| State | TX |
| ZIP | 75237 |
| Country | US |
| Phone | 214-632-7290 |
| Fax | |
| Email | texasipa@gmail.com |

EXHIBIT B·15

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

Reg. No. 3,465,699

**United States Patent and Trademark Office**

Registered July 15, 2008

Corrected

OG Date Dec. 2, 2008

## SERVICE MARK
## PRINCIPAL REGISTER



INCFUSION CORPORATION (CALIFOR-
NIA CORPORATION)
407 N. MAPLE DRIVE
BEVERLY HILLS, CA 90210
OWNER OF U.S. REG. NO. 2,492,006.

FOR: PROVIDING ON-LINE CHAT
ROOMS AND ELECTRONIC BULLETIN
BOARDS FOR TRANSMISSION OF MES-
SAGES AMONG USERS IN THE FIELD
OF MOTION PICTURE FILMS, PRE-RE-
CORDED DVDS FEATURING ENTER-
TAINMENT, PRE-RECORDED
VIDEOTAPES FEATURING ENTERTAIN-
MENT, GAMES AND ENTERTAINMENT
RELATED TOPICS; PROVIDING MULTI-
PLE-USER ACCESS TO A GLOBAL COM-
PUTER NETWORK FOR THE TRANSFER
AND DISSEMINATION OF A WIDE

RANGE OF INFORMATION AND SER-
VICES, AND FOR ACCESSING THIRD
PARTY AND PROPRIETARY WEB SITES;
ELECTRONIC TRANSMISSION OF DATA
AND DOCUMENTS VIA A GLOBAL
COMPUTER NETWORK; PROVIDING
(ON-LINE) * IN-LINE * FACILITIES FOR
REAL-TIME INTERACTION WITH
OTHER COMPUTER USERS CONCERN-
ING MOTION PICTURE FILMS, PRE-
RECORDED DVDS FEATURING ENTER-
TAINMENT, PRE-RECORDED VIDEO-
TAPES FEATURING ENTERTAINMENT,
GAMES AND ENTERTAINMENT RE-
LATED TOPICS, IN CLASS 38 (U.S. CLS.
100, 101 AND 104).
FIRST USE 8-31-1998; IN COMMERCE
8-31-1998.
SER. NO. 77-193,774, FILED 5-30-2007.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 2, 2008.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

EXHIBIT B·16

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |

> FIND NOW

## Domain: rottentomatoies.com

| | |
|---|---|
| **Created Date:** | 2005-12-31 20:20:05 |
| **Expires:** | 2009-12-31 20:20:05 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B·17**

Int. Cls.: **14, 25 and 35**

Prior U.S. Cls.: **2, 22, 27, 28, 39, 50, 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 2,618,031
Registered Sep. 10, 2002

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

## FASHION BUG

C.S.F. CORP. (DELAWARE CORPORATION)
103 SPRINGER BUILDING
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: IMITATION JEWELRY AND JEWELRY OF PRECIOUS METAL AND STONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

FOR: WOMEN'S CLOTHING, NAMELY BELTS, BRAS, COATS, DRESSES, FOOTWEAR, FOUNDA-TION GARMENTS, GLOVES, HEADWEAR, HOSI-ERY, JACKETS, JEANS, JOGGING SUITS, KNEE HIGHS, LEGGINGS, LINGERIE, NIGHTGOWNS, PANTIES, PANTYHOSE, PANTS, PULLOVERS, RAINCOATS, ROBES, SCARVES, SHIRTS, SHORTS, SLEEPWEAR, SOCKS, SUITS, SWEATERS, SWEAT-PANTS, SWEATSHIRTS, SWIMSUITS, SKIRTS, STOCKINGS, T-SHIRTS, TANK TOPS, TOPS, UN-DERWEAR, VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

FOR: RETAIL STORE SERVICES FEATURING APPAREL AND ACCESSORIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

OWNER OF U.S. REG. NOS. 942,143, 2,335,285 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FASHION", APART FROM THE MARK AS SHOWN.

SER. NO. 76-331,397, FILED 10-30-2001.

JASON ROTH, EXAMINING ATTORNEY

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!** 

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

[                              ] **FIND NOW**

## Domain: fushionbug.com

| | |
|---|---|
| **Created Date:** | 2005-05-06 23:43:31 |
| **Expires:** | 2009-05-06 23:43:31 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

EXHIBIT B·19

**Int. Cl.: 39**

**Prior U.S. Cls.: 100 and 105**

## United States Patent and Trademark Office

**Reg. No. 2,449,988**
Registered May 8, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## JETBLUE

NEW AIR CORPORATION (DELAWARE COR-
   PORATION)
90 PARK AVENUE, 19TH FLOOR
NEW YORK, NY 10016

   FOR: TRANSPORTATION OF PASSENGERS,
PARCELS, FREIGHT AND CARGO BY AIR; PRO-
VIDING INFORMATION ABOUT AIR TRANSPOR-
TATION VIA A WEBSITE ON A GLOBAL
COMPUTER NETWORK; TRAVEL AGENCY SER-
VICES, NAMELY, MAKING RESERVATIONS AND

BOOKINGS FOR TRANSPORTATION; AIRLINE
PASSENGER SERVICES IN THE NATURE OF A
FREQUENT FLYER PROGRAM, IN CLASS 39 (U.S.
CLS. 100 AND 105).

   FIRST USE 2-11-2000; IN COMMERCE 2-11-2000.

   SN 75-746,535, FILED 7-9-1999.

KIMBERLY PERRY, EXAMINING ATTORNEY

EXHIBIT B·2o

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

FIND NOW

## Domain: jetblkue.com

| | |
|---|---|
| **Created Date:** | 2005-01-10 01:58:58 |
| **Expires:** | 2010-01-10 01:58:58 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B-21**

Int. Cl.: 18

Prior U.S. Cls.: 3 and 41

**United States Patent and Trademark Office**   Reg. No. 1,431,966
Registered Mar. 10, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## SONY

SONY CORPORATION (JAPAN CORPORA-
TION)
7-35 KITASHINAGAWA, 6-CHOME SIN-
AGAWA-KU
TOKYO, JAPAN

FOR: UMBRELLAS; BAGS, NAMELY, TOTE
BAGS AND GYM BAGS, IN CLASS 18 (U.S.
CLS. 3 AND 41).

FIRST USE 9-30-1984; IN COMMERCE
9-30-1984.

OWNER OF U.S. REG. NOS. 885,111 AND
886,119.

SER. NO. 612,649, FILED 8-4-1986.

DEBORAH S. COHN, EXAMINING ATTORNEY

**EXHIBIT B-22**

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |

[                                  ] **FIND NOW**

## Domain: sonfy.com

| | |
|---|---|
| **Created Date:** | 2005-05-02 00:13:18 |
| **Expires:** | 2009-05-02 00:13:18 |
| | |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

EXHIBIT B·23

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 2,905,107
Registered Nov. 23, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

# CRAIGSLIST

1010 COLE STREET, INC. (CALIFORNIA COR-
PORATION)
1381 - 9TH AVENUE
SAN FRANCISCO, CA 94117

FOR: PROVIDING ONLINE INTERACTIVE BUL-
LETIN BOARDS FOR TRANSMISSION OF MESSA-
GES AMONG COMPUTER USERS CONCERNING
CLASSIFIED LISTINGS AND LISTINGS FOR AN-
NOUNCEMENTS, EVENTS, CLASSES, MEETINGS,
ACTIVITIES, HOUSING, REAL ESTATE, ROOM-
MATES, RENTALS, FOR SALE ADVERTISEMENTS,
WANT ADS, EMPLOYMENT, RESUMES, VOLUN-
TEERISM, SERVICES, COMMUNITY, PERSONALS,
POLITICS, FAMILY, ARTS AND INFORMATION
ON A WIDE VARIETY OF TOPICS OF GENERAL
INTEREST TO THE PUBLIC; PROVIDING ON-LINE
FORUMS AND DISCUSSION GROUPS FOR TRANS-
MISSION OF MESSAGES AMONG COMPUTER
USERS CONCERNING HEALTH, FAMILY, ARTS,
POLITICS, LEISURE, ROMANCE, WORK, AND IN-

FORMATION ON A WIDE VARIETY OF TOPICS OF
GENERAL INTEREST TO THE PUBLIC; ELECTRO-
NIC MAIL SERVICES; ELECTRONIC MAIL SUB-
SCRIPTION SERVICES; AND ELECTRONIC
TRANSMISSION OF MESSAGES, DATA AND IMA-
GES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-1-1995; IN COMMERCE 7-1-1995.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,395,628 AND
2,707,749.

SER. NO. 78-323,732, FILED 11-5-2003.

KELLEY WELLS, EXAMINING ATTORNEY

EXHIBIT B.24



# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!** 

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

[ FIND NOW ]

## Domain: craigslisp.com

**Created Date:**          2005-02-19 03:46:32
**Expires:**               2010-02-19 03:46:32

**Nameservers:**           ns2.hitfarm.com
                           ns1.hitfarm.com

**Registrant Contact Information:**
| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**
| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**
| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

EXHIBIT B·25

**Int. Cls.: 3, 4, 9, 18, 20, 21, 25, and 28**

**Prior U.S. Cls.: 1, 2, 3, 4, 6, 13, 15, 21, 22, 23, 25, 26, 29, 30, 32, 33, 36, 38, 39, 40, 41, 50, 51, and 52**

**United States Patent and Trademark Office**

Reg. No. 2,649,775

Registered Nov. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## WHITE HOUSE BLACK MARKET

WHITE HOUSE, INC., THE (MARYLAND COR-
  PORATION)
6711 BAYMEADOW DRIVE
SUITE A
GLEN BURNIE, MD 210609808

FOR: STAIN REMOVER FOR FABRICS AND
CLOTHING, HAND CREAMS; BATH SOAPS; BATH
BEADS; SCENTED BATH BEADS, SCENTED BODY
SPRAYS, SCENTED BEADS FOR PROVIDING ARO-
MATIC CENTS; NON-MEDICATED BATH SALTS;
BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND
52).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: SCENTED CANDLES; CANDLES, IN CLASS
4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: HAND BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: PICTURE FRAMES, IN CLASS 20 (U.S. CLS.
2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: HOUSEWARES, NAMELY, CHINA DISHES
AND CANDLEHOLDERS NOT OF PRECIOUS ME-
TAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40
AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CLOTHING, NAMELY, GARTER BELTS;
CLOTHING TOPS; BOTTOMS; PANTS; SKIRTS;
JACKETS; SHORTS; SOCKS; HOSIERY; HATS;
GLOVES; SCARVES; SLIPS; DRESSES; SWEATERS;
COATS; BELTS ; ALL FOR ADULTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: STUFFED TOY ANIMALS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

OWNER OF U.S. REG. NOS. 1,518,965, 2,047,169,
AND 2,443,749.

SN 75-623,800, FILED 1-14-1999.

DEZMONA MIZELLE, EXAMINING ATTORNEY

**EXHIBIT B-26**

# BUDGETNAMES.com



**DOMAIN NAMES FOR LESS!**

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---------|---------|-----------|-----------|---------|

[                                    ] [ FIND NOW ]

## Domain: whitehousblackmarket.com

| **Created Date:** | 2005-02-10 05:02:22 |
|---|---|
| **Expires:** | 2010-02-10 05:02:22 |

**Nameservers:**
ns2.hitfarm.com
ns1.hitfarm.com

**Registrant Contact Information:**

| **Contact** | Texas International Property Associates |
|---|---|
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| **Contact** | Texas International Property Associates |
|---|---|
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| **Contact** | Texas International Property Associates |
|---|---|
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B·27**

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,588,627

Registered Mar. 10, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# MYSPACE

MYSPACE INC. (DELAWARE CORPORATION)
407 N. MAPLE DRIVE
BEVERLY HILLS, CA 90210

FOR: COMPUTER SOFTWARE DEVELOPMENT; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE TO ENABLE UPLOADING, POSTING, SHOWING, DISPLAYING, TAGGING, BLOGGING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION OVER THE INTERNET OR OTHER COMMUNICATIONS NETWORK; PROVIDING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE APPLICATIONS FOR CLASSIFIEDS, VIRTUAL COMMUNITY, SOCIAL NETWORKING, PHOTO SHARING, VIDEO SHARING, AND TRANSMISSION OF PHO-

TOGRAPHIC IMAGES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-13-2008; IN COMMERCE 3-13-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,183,151, 3,295,810, AND OTHERS.

SN 77-388,062, FILED 2-4-2008.

NICHOLAS ALTREE, EXAMINING ATTORNEY

EXHIBIT B·28

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!** 

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---------|---------|-----------|-----------|---------|

`[                    ]` **FIND NOW**

## Domain: myspacdw.com

| | |
|---|---|
| **Created Date:** | 2006-06-11 10:03:06 |
| **Expires:** | 2009-06-11 10:03:06 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B·29**

**PUBLISHED**

Under Sec. 12 (c) 1946 Act NOV 2 9 1955

**RENEWED** Int. Cl. 29 30 31

Registered June 14, 1932

**Trade-Mark 295,002**

AFFIDAVIT SEC. 8
ACCEPTED

AFFIDAVIT SEC. 15
ACCEPTED 1-9-61

# UNITED STATES PATENT OFFICE

LAND O'LAKES CREAMERIES, INC., OF MINNEAPOLIS, MINNESOTA

SECOND RENEWAL — *Less goods* ACT OF FEBRUARY 20, 1905

*Land O'Lakes, Inc.* Application filed May 12, 1930. Serial No. 300,854.

*Minneapolis, Minn.*

BEST AVAILABLE COPY



## STATEMENT

*To the Commissioner of Patents:*

Land O'Lakes Creameries, Inc., a corporation duly organized under the laws of the State of Minnesota, and located at Minneapolis, Minnesota, and doing business at 2201 Kennedy Street Northeast, Minneapolis, Minnesota, has adopted and used the trademark shown in the accompanying drawing, for SWEET MILK, POWDERED MILK, EVAPORATED MILK, SWEET CREAM, POULTRY FEED; BUTTER-OIL—NAMELY, MILK FAT EXTRACTED FROM BUTTER AND ADAPTED FOR USE IN THE MANUFACTURE OF ICE CREAM AND CANDY; CALF FEED, DAIRY FEED, HOG FEEDS, AND SKIM MILK POWDER, CHOCOLATE-MALTED MILK, DRIED SKIM MILK (SPRAY PROCESS), DRIED SWEET BUTTER-MILK, DRIED WHOLE MILK, SWEET CREAM BUTTER, ICE CREAM, CREAM POWDER, COCOA-MILK, TURKEYS, SWISS-SPREAD (A CONCOCTION OF SWISS CHEESE, AMERICAN CHEESE, MILK, AND OLIVES), FROZEN EGGS, DRIED EGGS, DRIED ALBUMEN, CHEESE, EGGS, in Class 46, Foods and ingredients of foods, and presents herewith five specimens showing the trademark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905. The words "Sweet Cream Butter" are disclaimed apart from the mark as shown in the drawing. The trade-mark has been continuously used and applied to said goods in applicant's business since January 1, 1928. The trade-mark is applied or affixed to the goods or to the packages containing the same by printing thereon or by placing thereon a printed label on which the trade-mark is shown.

The applicant is the owner of registration of trade-mark Serial No. 205,020 applied for November 8, 1924 and duly issued under certificate of trade-mark registration No. 197,022 April 7, 1925; registration of trade-mark, Serial No. 245,014 applied for February 28, 1927, and duly issued under certificate of trade-mark registration No. 232,493 September 13, 1927 and registration of trade-mark, Serial No. 254,295 applied for September 2, 1927 and duly issued under certificate of trade-mark registration No. 238,023, January 24, 1928.

The undersigned hereby appoints Michael J. Doherty, Wilfrid E. Rumble, Charles Bunn, Pierce Butler, Jr., and Francis D. Butler, copartners doing business under the firm name and style of Doherty, Rumble, Bunn & Butler, and Edgar G. Vaughan, whose address is 1006 Merchants National Bank Building, Saint Paul, Minnesota, its attorneys to prosecute this application for registration, with full power of substitution and revocation, to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

[L. S.]     LAND O'LAKES CREAMERIES, INC.,
By JOHN BRANDT,
*President.*

EXHIBIT 8-30

Under Sec. 12 (c) 1946 Act NOV 29 1958 RENEW~~ 31

**Registered June 14, 1932** | **Trade-Mark 295,002**

AFFIDAVIT SEC. 8 | AFFIDAVIT SEC. 15
ACCEPTED | ACCEPTED 1-9-61

# UNITED STATES PATENT OFFICE

### LAND O'LAKES CREAMERIES, INC., OF MINNEAPOLIS, MINNESOTA

SECOND RENEWAL — *Less goods*  ACT OF FEBRUARY 20, 1905

*Land O'Lakes, Inc.*
*Minneapolis, Minn.*

Application filed May 12, 1930.  Serial No. 300,354.

BEST AVAILABLE COPY



**Amendment**

Registered June 14, 1932 | Registration No. 295,002

Land O'Lakes Creameries, Inc.

Application to amend having been made by Land O'Lakes, Inc., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, lines 34 through 36, "The words 'Sweet Cream Butter' are disclaimed apart from the mark as shown in the drawing." is deleted, and the drawing is amended to appear as follows:

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.
Signed and sealed this 10th day of July 1973.

BEST AVAILABLE COPY

[SEAL]

Attest:
K. E. PATRICK,
*Attesting Officer.*

RENE D. TEGTMEYER,
*Acting Commissioner of Patents.*

EXHIBIT B-31

Int. Cls.: 29, 30 and 31

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 295,002

Registered June 14, 1932

10 Year Renewal

Renewal Term Begins June 14, 1992

## SERVICE MARK
## PRINCIPAL REGISTER



LAND O'LAKES, INC. (MINNESOTA CORPORATION)
4001 LEXINGTON AVENUE NORTH
ARDEN HILLS, MN 55126, BY CHANGE OF NAME FROM LAND O'LAKES CREAMERIES, INC. (MINNESOTA CORPORATION) MINNEAPOLIS, MN

OWNER OF U.S. REG. NOS. 197,022, 254,295 AND OTHERS.

THE WORDS "SWEET CREAM BUTTER" ARE DISCLAIMED APART FROM THE MARK AS SHOWN IN THE DRAWING.

FOR: SWEET MILK, POWDERED MILK, [EVAPORATED MILK,] SWEET CREAM, POULTRY FEED; [BUTTER OIL; NAMELY, MILK FAT EXTRACTED FROM BUTTER AND ADAPTED FOR USE IN THE MANUFACTURE OF ICE CREAM AND CANDY;] CALF FEED, DAIRY FEED, HOG FEEDS, AND SKIM MILK POWDER, [CHOCOLATE MALTED MILKS,] DRIED SKIM MILK (SPRAY PROCESS), DRIED SWEET BUTTER-MILK, DRIED WHOLE MILK, SWEET CREAM BUTTER, ICE CREAM, CREAM POWDER, [COCOA MILK, TURKEYS, SWISS SPREAD (A CONCOCTION OF SWISS CHEESE, AMERICAN CHEESE, MILK, AND OLIVES),] FROZEN EGGS, DRIED EGGS, DRIED ALBUMEN, CHEESE, EGGS, IN CLASS 46 (INT. CLS. 29, 30 AND 31):

FIRST USE 1–1–1928; IN COMMERCE 1–1–1928.

SER. NO. 71–300,354, FILED 5–12–1930.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 29, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

[_____] **FIND NOW**

## Domain: lsndolakes.com

| | |
|---|---|
| **Created Date:** | 2005-11-29 06:15:31 |
| **Expires:** | 2009-11-29 06:15:31 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B-33**

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!** 

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---|---|---|---|---|

[ FIND NOW ]

## Domain: criminalfindlaw.com

| | |
|---|---|
| **Created Date:** | 2005-12-06 07:25:06 |
| **Expires:** | 2009-12-06 07:25:06 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT** B·35

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent Office

Reg. No. 1,066,950
Registered May 31, 1977

## SERVICE MARK
### Principal Register

## SEATTLE MARINERS

Seattle Baseball Club (partnership)
P.O. Box 4100
Seattle, Wash.  98104

For: ENTERTAINMENT SERVICES—NAMELY, PROFESSIONAL BASEBALL GAMES—in CLASS 41 (U.S. CL. 107).

First use Aug. 24, 1976; in commerce Aug. 24, 1976. The word "Seattle" is disclaimed apart from the mark as shown.

Ser. No. 104,898, filed Oct. 29, 1976.

EXHIBIT B-36

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 1,066,950

Registered May 31, 1977

Renewal Term Begins May 31, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## SEATTLE MARINERS

BASEBALL CLUB OF SEATTLE, L.P., THE (WASHINGTON LIMITED PART-NERSHIP)
411 EAST AVENUE SOUTH, SUITE 480 SEATTLE, WA 98104, BY ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM SEATTLE BASEBALL CLUB (PARTNERSHIP) SEATTLE, WA

THE WORD "SEATTLE" IS DIS-CLAIMED APART FROM THE MARK AS SHOWN.

FOR: ENTERTAINMENT SERVICES—NAMELY, PROFESSIONAL BASEBALL GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-24-1976; IN COMMERCE 8-24-1976.

SER. NO. 73-104,898, FILED 10-29-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 19, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**EXHIBIT B·37**

# BUDGETNAMES.com

**DOMAIN NAMES FOR LESS!**



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---------|---------|-----------|-----------|---------|

[                              ]  **FIND NOW**

## Domain: seattlemarineers.com

| | |
|---|---|
| **Created Date:** | 2005-04-09 00:46:39 |
| **Expires:** | 2009-04-09 00:46:39 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B-38**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,040,722

Registered Jan. 10, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# Wikipedia

WIKIMEDIA FOUNDATION, INC. (FLORIDA CORPORATION)
3911 HARRISBURG ST. NE
ST. PETERSBURG, FL 33703

FOR: PROVIDING INFORMATION IN THE FIELD OF GENERAL ENCYCLOPEDIC KNOWLEDGE VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-11-2001; IN COMMERCE 1-13-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-483,359, FILED 9-14-2004.

ADA HAN, EXAMINING ATTORNEY

**EXHIBIT** B·39

# BUDGETNAMES.com



**DOMAIN NAMES FOR LESS!**

| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |
|---------|---------|-----------|-----------|---------|

[ FIND NOW ]

## Domain: wikipedeia.com

**Created Date:**               2004-11-27 19:46:27

**Expires:**                    2009-11-27 19:46:27

**Nameservers:**                ns2.hitfarm.com
                                ns1.hitfarm.com

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**EXHIBIT B·40**

Int. Cls.: 35 and 38

Prior U.S. Cls.: 100, 101, 102, and 104

**United States Patent and Trademark Office**

Reg. No. 3,122,052
Registered July 25, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# FACEBOOK

FACEBOOK, INC. (DELAWARE CORPORATION)
156 UNIVERSITY AVENUE
PALO ALTO, CA 94301

FOR: PROVIDING AN ONLINE DIRECTORY INFORMATION SERVICE FEATURING INFORMATION REGARDING, AND IN THE NATURE OF, COLLEGIATE LIFE, CLASSIFIEDS, VIRTUAL COMMUNITY AND SOCIAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-16-2004; IN COMMERCE 11-16-2004.

FOR: PROVIDING ONLINE CHAT ROOMS FOR REGISTERED USERS FOR TRANSMISSION OF MESSAGES CONCERNING COLLEGIATE LIFE, CLASSIFIEDS, VIRTUAL COMMUNITY AND SOCIAL NETWORKING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-16-2004; IN COMMERCE 11-16-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-574,730, FILED 2-24-2005.

MATTHEW KLINE, EXAMINING ATTORNEY

EXHIBIT B·41

# BUDGETNAMES.com

DOMAIN NAMES FOR LESS!



| DOMAINS | HOSTING | RESELLERS | WHOLESALE | SUPPORT |

FIND NOW

## Domain: facebooh.com

| | |
|---|---|
| **Created Date:** | 2005-10-23 00:43:50 |
| **Expires:** | 2009-10-23 00:43:50 |
| **Nameservers:** | ns2.hitfarm.com |
| | ns1.hitfarm.com |

**Registrant Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Administrative Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

**Technical Contact Information:**

| | |
|---|---|
| **Contact** | Texas International Property Associates |
| **Address** | 4041 W. Wheatland Suite 156-417 |
| **City** | Dallas |
| **State** | TX |
| **ZIP** | 75237 |
| **Country** | US |
| **Phone** | 214-632-7290 |
| **Fax** | |
| **Email** | texasipa@gmail.com |

EXHIBIT B-42

EXHIBIT C

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

**Reg. No. 3,196,073**
Registered Jan. 9, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# CORBIN FISHER

EXCELSIOR MEDIA LLP (MISSOURI LIMITED LIABILITY PARTNERSHIP)
405 SOUTH DALE MABRY HIGHWAY; SUITE 346
TAMPA, FL 33609

FOR: PROVIDING AN ONLINE ADULT WEBSITE FEATURING PHOTOGRAPHS AND VIDEOS IN THE FIELD OF ADULT ENTERTAINMENT; ENTERTAINMENT SERVICES IN THE NATURE OF PROVIDING A WEBSITE ON THE GLOBAL COMPUTER NETWORKS FEATURING INFORMATION IN THE FIELD OF ADULT ENTERTAINMENT; PROVIDING AN ONLINE WEBSITE OF INFORMATION COMPRISING ADULT MATERIAL AND VIEWING THEREOF, AND OTHER ADULT ENTERTAINMENT RELATED NEWS, FACTS, TRIVIA AND HUMOR; ADULT MEMBERSHIP WEBSITE FEATURING ADULT ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-2003; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "CORBIN FISHER" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 78-691,008, FILED 8-11-2005.

KEVIN DINALLO, EXAMINING ATTORNEY

**EXHIBIT C**

Search Results for "corvinfisher.com" - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.corvinfisher.com/

Google

[ Search ]

**Top Searches**

- Gay Porn
- Man Interracial
- Nude Gay Man
- Solo
- Straight

- College Man
- Latino Man
- ASG
- Athlete
- Corbin

- Man Avenue
- VOD
- College Guys
- Straight Guys
- Corbin KY

**Popular Links**

**Travel**
Airline Tickets; Hotels; Car Rental; Discount Travel; Cruises; Travel Insurance

**Services**
Car Insurance; Mortgage; Life Insurance; Health Insurance; Personal Injury Lawyer; Personal Finance

**Finance**
Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation

**Entertainment**
Games; Casino; Music; Cell Phones; Free Ringtones; Music Downloads

**Also Try**

Gay Porn

College Man

Man Avenue

Man Interracial

Latino Man

VOD

Nude Gay Man

ASG

College Guys

Solo

[ Search ]

©2009 www.corvinfisher.com. All rights reserved. Privacy Policy

**EXHIBIT D·1**

Exhibit D

Search Results for "coebinfisher.com" - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://www.coebinfisher.com/

[Search]

**Top Searches**

- Gay Porn
- Man Interracial
- Nude Gay Man
- Solo
- Straight

- College Man
- Latino Man
- ASG
- Athlete
- Corbin

- Man Avenue
- VOD
- College Guys
- Straight Guys
- Corbin KY

**Finance**

Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation.

**Entertainment**

Games, Casino; Music; Cell Phones; Free Ringtones; Music Downloads

**Popular Links**

**Travel**

Airline Tickets; Hotels; Car Rental; Discount Travel; Cruises; Travel Insurance

**Services**

Car Insurance; Mortgage; Life Insurance; Health Insurance; Personal Injury Lawyer; Personal Finance.

EXHIBIT D-2

[Search]

©2009 www.coebinfisher.com. All rights reserved. Privacy Policy

**Also Try**

Gay Porn

College Man

Man Avenue

Man Interracial

Latino Man

VOD

Nude Gay Man

ASG

College Guys

Solo

start   AIM 2 AIM   ◦ ◦ ◦ 4 Microsoft Of...   ◦ ◦ 2 Windows Ex...   ◦ ◦ 2 Microsoft Of...   ◦ 7.pdf - Adobe A...   Search Results: f...   4:53 PM



**Search Results for "corbionfisher.com" - Mozilla Firefox**

File Edit View History Bookmarks Tools Help

http://www.corbionfisher.com/    [Google]

[Search]

**Top Searches**
- Fisher
- Space Pen
- Online Toy Store
- Online Learning Games

- Fisher Scientific
- Fisher Price
- Emerson Process Management
- Corbion Fisher

- Fisher Paykel
- Fisher College
- Fisher Paykel Appliances
- Jones Performs Live

**Also Try**

Fisher
Fisher Scientific
Fisher Paykel
Space Pen
Fisher Price
Fisher College
Online Toy Store
Emerson Process Management
Fisher Paykel Appliances
Online Learning Games

**Popular Links**

**Travel**
Airline Tickets, Hotels, Car Rental, Discount Travel, Cruises, Travel Insurance

**Services**
Car Insurance, Mortgage, Life Insurance, Health Insurance, Personal Injury Lawyer, Personal Finance

**Finance**
Free Credit Report, Online Payment, Credit Card Application, Car Insurance, Health Insurance, Debt Consolidation

**Entertainment**
Games, Casino, Music, Cell Phones, Free Ringtones, Music Downloads

[Search]

©2009 www.corbionfisher.com. All rights reserved. Privacy Policy

**EXHIBIT D-3**

start    2 AIM    4 Microsof...    4 Microsof...    4 Windows...    3 Microsof...    7 pdf - Ado...    Search Resu...    Search Shot...    Screen Shot...    5:03 PM

Search Results for "corvinfisher.com" - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://www.corvinfisher.com/

[Search]

**Top Searches**

- Gay Porn
- Man Interracial
- Nude Gay Man
- Solo
- Straight

- College Man
- Latino Man
- ASG
- Athlete
- Corbin

- Man Avenue
- VOD
- College Guys
- Straight Guys
- Corbin KY

**Also Try**

Gay Porn

College Man

Man Avenue

Man Interracial

Latino Man

VOD

Nude Gay Man

ASG

College Guys

Solo

**Popular Links**

**Travel**
Airline Tickets; Hotels; Car Rental; Discount Travel; Cruises; Travel Insurance.

**Services**
Car Insurance; Mortgage; Life Insurance; Health Insurance; Personal Injury Lawyer; Personal Finance.

**Finance**
Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation.

**Entertainment**
Games; Casino; Music; Cell Phones; Free Ringtones; Music Downloads

[Search]

© 2009 www.corvinfisher.com. All rights reserved. Privacy Policy.

EXHIBIT D-4

Exhibit D

start   AIM 2 AIM   4 Microsoft Of...   4 Windows Ex...   3 Microsoft Of...   7.pdf - Adobe A...   Search Results f...   5:04 PM



Search Results for "corninfisher.com" - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.corninfisher.com/

Search

**Also Try**
Corn Infisher

**Top Searches**
- Corn Infisher

**Popular Links**

**Travel**
Airline Tickets; Hotels; Car Rental; Discount Travel; Cruises; Travel Insurance

**Services**
Car Insurance; Mortgage; Life Insurance; Health Insurance; Personal Injury Lawyer; Personal Finance

**Finance**
Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation

**Entertainment**
Games; Casino; Music; Cell Phones; Free Ringtones; Music Downloads

Search

©2009 www.corninfisher.com. All rights reserved. Privacy Policy

**EXHIBIT D-5**



**Also Try**

Gay Porn
College Man
Man Avenue
Man Interracial
Latino Man
VOD
Nude Gay Man
ASG
College Guys
Solo

**Top Searches**
- Gay Porn
- Man Interracial
- Nude Gay Man
- Solo
- Straight

- College Man
- Latino Man
- ASG
- Athlete
- Corbin

- Man Avenue
- VOD
- College Guys
- Straight Guys
- Corbin KY

**Popular Links**

**Travel**
Airline Tickets; Hotels; Car Rental; Discount Travel; Cruises; Travel Insurance

**Services**
Car Insurance; Mortgage; Life Insurance; Health Insurance; Personal Injury Lawyer; Personal Finance

**Finance**
Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation

**Entertainment**
Games; Casino; Music; Cell Phones; Free Ringtones; Music Downloads

Search

©2009 www.corvinfisher.com. All rights reserved. Privacy Policy

**EXHIBIT  D-6**

Exhibit D



**Top Searches**

- **Gay Porn**
- **Man Interracial**
- **Nude Gay Man**
- **Solo**
- **Straight**

- **College Man**
- **Latino Man**
- **ASG**
- **Athlete**
- **Corbin**

- **Man Avenue**
- **VOD**
- **College Guys**
- **Straight Guys**
- **Corbin KY**

**Also Try**

Gay Porn
College Man
Man Avenue
Man Interracial
Latino Man
VOD
Nude Gay Man

ASG
College Guys
Solo

**Popular Links**

**Travel**
Airline Tickets; Hotels; Car Rental; Discount Travel, Cruises; Travel Insurance

**Services**
Car Insurance; Mortgage, Life Insurance, Health Insurance; Personal Injury Lawyer, Personal Finance

**Finance**
Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation

**Entertainment**
Games, Casino; Music; Cell Phones; Free Ringtones; Music Downloads

**EXHIBIT D•7**

©2009 www.corbiinfisher.com All rights reserved Privacy Policy

Search

Search Results for "cobinfisher.com" - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

http://www.cobinfisher.com/   |   Google

Search

**Top Searches:**
- Gay Porn
- Man Interracial
- Nude Gay Man
- Solo
- Straight

- College Man
- Latino Man
- ASG
- Athlete
- Corbin

- Man Avenue
- VOD
- College Guys
- Straight Guys
- Corbin KY

**Also Try**

Gay Porn

College Man

Man Avenue

Man Interracial

Latino Man

VOD

Nude Gay Man

ASG

College Guys

Solo

**Popular Links**

**Travel**
Airline Tickets; Hotels; Car Rental; Discount Travel; Cruises; Travel Insurance

**Services**
Car Insurance; Mortgage; Life Insurance; Health Insurance; Personal Injury Lawyer; Personal Finance

**Finance**
Free Credit Report; Online Payment; Credit Card Application; Car Insurance; Health Insurance; Debt Consolidation

**Entertainment**
Games; Casino; Music; Cell Phones; Free Ringtones; Music Downloads

Search

©2009 www.cobinfisher.com. All rights reserved. Privacy Policy

**EXHIBIT** D•8

Done

start    AIM 2 AIM    •    4 Microsoft Of...    •    3 Windows Ex...    •    2 Microsoft Of...    •    7.pdf - Adobe A...    •    Search Results f...    •    zoom    4:58 PM

EXHIBIT E

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,200,827

Registered Jan. 23, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## CORBIN FISHER'S AMATEUR COLLEGE MEN

EXCELSIOR MEDIA, LLP (MISSOURI LIMITED LIABILITY PARTNERSHIP)
405 SOUTH DALE MABRY HIGHWAY
SUITE 346
TAMPA, FL 33609

FOR: PROVIDING AN ONLINE ADULT WEBSITE FEATURING PHOTOGRAPHS AND VIDEOS IN THE FIELD OF ADULT ENTERTAINMENT; ENTERTAINMENT SERVICES IN THE NATURE OF PROVIDING A WEBSITE ON THE GLOBAL COMPUTER NETWORKS FEATURING INFORMATION IN THE FIELD OF ADULT ENTERTAINMENT; PROVIDING AN ONLINE WEBSITE OF INFORMATION COMPRISING ADULT MATERIAL AND VIEWING THEREOF, AND OTHER ADULT ENTERTAINMENT RELATED NEWS, FACTS, TRIVIA AND HUMOR; ADULT MEMBERSHIP WEBSITE FEATURING ADULT ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-2003; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMATEUR COLLEGE MEN", APART FROM THE MARK AS SHOWN.

SER. NO. 78-691,030, FILED 8-11-2005.

ALICE BENMAMAN, EXAMINING ATTORNEY

## EXHIBIT E

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

LIBERTY MEDIA HOLDINGS, LLC

**(b)** County of Residence of First Listed Plaintiff   San Diego County CA

(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

See attachment

## DEFENDANTS

**FILED**

DAUBEN, INC. dba Texas International Property Assoc.
JOSEPH "JOEY" DAUBEN  2009 MAY 20  PM 12: 47

County of Residence of First Listed Defendant   Ellis County TX

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

Unknown  '09 CV 1 097 WQH    NLS

BY_____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1125

Brief description of cause:
Cyberpiracy, Trademark Infringement, designation false origin, unfair competition

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Statutory damages  CHECK YES only if demanded in complaint:
Declaratory / injunctive   JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE   05/20/2009

SIGNATURE OF ATTORNEY OF RECORD   _A. Duke Martin_

**FOR OFFICE USE ONLY**

RECEIPT #  1022   AMOUNT  350.   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

5/20/09

## ATTACHMENT TO CIVIL COVER SHEET

*LIBERTY MEDIA HOLDINGS, LLC  v.  DAUBEN, Inc., and JOSEPH "JOEY" DAUBEN*


I. (c) Attorney's (Firm Name, Address and Telephone Number)

A. Dale Manicom                          Marc J. Randazza (Pro Hac Vice Pending)
California Bar No. 86324                  Florida Bar No. 625566
Attorney at Law                          Weston, Garrou, Walters & Mooney
1205 J Street, Suite B                   781 Douglas Avenue
San Diego, CA 92101-7500                 Altamonte Springs, FL 32714
(619) 232-3255 phone                     (407) 975-9150 phone
(619) 239-1717 fax                       (407) 774-6151 fax


## ATTACHMENT TO CIVIL COVER SHEET

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS001022
Cashier ID: sramirez
Transaction Date: 05/20/2009
Payer Name: A. DALE MANICOM
----------------------------------
CIVIL FILING FEE
 For: LIBERTY MEDIA V. DAUBEN
 Case/Party: D-CAS-3-09-CV-001097-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 2189
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```