Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 MAY 20 PM 12:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

LIBERTY MEDIA HOLDINGS, LLC
a California Limited Liability
Company          *Plaintiff*
              vs

DAUBEN, Inc., a Texas Corporation
d/b/a TEXAS INTERNATIONAL
PROPERTY ASSOCIATES and
JOSEPH "JOEY" DAUBEN,
Individually      *Defendants*

SUMMONS IN A CIVIL ACTION
Case No.

'09 CV 1097 WQH     NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

A. Dale Manicom,
Attorney at Law, SBN 86324
1205 J Street, Suite B
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

MAY 2 0 2009
DATE

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)