A. Dale Manicom
California Bar No. 86324
Manicom@Earthlink.net
1205 "J" St., Suite B
San Diego, CA 92101-7500
(619) 232-3255 (phone)
(619) 239-1717 (fax)

Marc J. Randazza (Pro Hac Vice)
Florida Bar No. 625566
Massachusetts Bar No. 651477
marc@corbinfisher.com
302 Washington Street, Suite 321
San Diego, CA 92103
(619) 866-5975
(619) 866-5976 (fax)

Attorneys for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>DAUBEN, Inc.<br>A Texas Corporation d/b/a<br>TEXAS INTERNATIONAL PROPERTY ASSOCIATES, and<br>JOSEPH "JOEY" DAUBEN,<br>Individually,<br><br>Defendants. | Case No. 09-CV-1097-WQH-NLS<br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT** |

NOW COMES Plaintiff Liberty Media Holdings, LLC (LMH), and respectfully requests that the Court enter a Default, pursuant to Rule 55(a) against Defendants Dauben, Inc. dba Texas International Property Associates (TIPA) and Joseph Dauben (Dauben). In support of this Request, Plaintiff states as follows:

1. LMH filed a Complaint for cyberpiracy, trademark infringement, and unfair competition on May 20, 2009. See Decl. of Marc J. Randazza in Support of Request Entry of Clerk's Default (Randazza Decl.) ¶ 3.

2. Plaintiff sent a copy of the Complaint along with a Waiver of Service of Summons dated June 25, 2009 to Defendants which states that an answer must be filed and served within 60 days of that date, which was signed by Defendants on July 9, 2009. See Exhibit A. The Waiver of Service of Summons was filed with the Court on July 21, 2009.

3. Defendants were required to plead or otherwise defend in response to the Complaint on or before August 24, 2009. See Randazza Decl. ¶ 5.

4. Defendants have failed to appear, answer, or otherwise defend in the time allowed by law and are therefore in default. See Randazza Decl. ¶ 17.

5. Defendants have been provided with greater notice of the Plaintiff's intent to seek default than is required by the Federal Rules of Civil Procedure. See Randazza Decl. ¶ 16.

WHEREFORE, Plaintiff respectfully requests an Entry of Default by the Clerk of this Court.

Dated: November 2, 2009.

    s/ Marc J. Randazza
Marc J. Randazza
Florida Bar No. 625566
Massachusetts Bar No. 651477
(Pro Hac Vice)
marc@corbinfisher.com
302 Washington St., Ste 321
San Diego, CA 92103
(619) 866-5975 (phone)
(619) 866-5976 (fax)
Attorney for Plaintiff LMH

**CERTIFICATE OF SERVICE**

The undersigned does certify that on this 2nd day of November 2009, he did file the foregoing document using the CM/ECF system which will send notice of its filing to all counsel of record and will send via email as well.

s/ Marc J. Randazza
Marc J. Randazza
Fla. Bar No.: 625566
Massachusetts Bar No. 651477
(Pro Hac Vice)
302 Washington Street, Suite 321
San Diego, CA 92103
619-866-5975
619-866-5976 (Fax)