# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIBERTY MEDIA HOLDINGS, LLC  Plaintiff(s), | Civil No. | 09cv1097-WQH-NLS |
| vs | DEFAULT | |
| DAUBEN, INC.; JOSEPH DAUBEN  Defendant(s) | | |

It appears from the records in the above entitled action that the Complaint filed on 5/20/2009 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Dauben, Inc. dba Texas International Property Associates
Joseph Dauben

**Entered On:**
11/3/2009

W. SAMUEL HAMRICK, JR., CLERK

By:        s/M. Cruz

M. Cruz, Deputy