## STIPULATED DISMISSAL

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, | § |
| Plaintiff, | § § § |
| vs. | § § |
| DAUBEN, INC., d/b/a TEXAS INTERNATIONAL PROPERTY ASSOCS., ET AL. | § § § § § |
| Defendants. | § § |

CIVIL ACTION NO.: 09-CV-1097-WAH-NLS

### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Liberty Media Holdings, LLC, filed the Complaint in Civil No. 09-CV-1097-WAH-NLS against Defendants Dauben, Inc. d/b/a Texas International Property Associates and Joey Dauben, and Plaintiff agreed upon a resolution of this matter with Defendants prior to a trial on the merits. Plaintiff and Defendants hereby agree and it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. Defendants represent, as a material term and condition of this Stipulated Dismissal With Prejudice, that Defendants and their respective agents, servants, employees, assigns, and representatives will commence to assign and transfer, or cause to be assigned and transferred, to Plaintiff the domain names, listed in Exhibit "B" of the Compromise and Settlement Agreement (the "Agreement") between the Plaintiff and Defendants in accordance with said Agreement, within five (5) business days of the entry of this Stipulated Dismissal With

Prejudice by the Court, and in the instance of Ondova Limited Company, subject to Bankruptcy Court approval through a motion to compromise under section 9019 of the Federal Rules of Bankruptcy Procedure.

3. The domain name registrar(s) or registry(ies) for the domain names identified in Exhibit "B" are ordered by the Court to transfer or complete the transfer of such domain names to Plaintiff in accordance with the Agreement within five (5) business days of entry of this Stipulated Dismissal With Prejudice.

4. All of Plaintiff's claims, and any claims that could have been asserted by Plaintiff, are dismissed with prejudice to the right of Plaintiff to refile same or any part thereof against all parties identified in the Agreement.

6. Each party shall bear its own costs and attorneys' fees.

7. This Court shall retain jurisdiction for purposes of enforcing this order and the underlying Agreement dated December 10, 2009, among the parties.

SO AGREED AND STIPULATED:

| LIBERTY MEDIA HOLDINGS, LLC<br>Signed: _____<br>By: MARC J RANDAZZA<br>Title: General Counsel<br>Date: Jan 26, 2010 | |
| --- | --- |
| JOEY DAUBEN<br><br>Signed: _____<br>By: Joey Dauben<br>Date: Jan. 12, 2010 | DAUBEN, INC., D/B/A TEXAS INTERNATIONAL PROPERTY ASSOCIATES<br>Signed: _____<br>By: Joey Dauben<br>Title: President<br>Date: Jan. 12, 2010 |

MHDocs 2330375_6 11236.1

**SO ORDERED:**

Signed this _____, 2009.

                                                          _____
HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE