# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,, <br><br> Plaintiff, <br> vs. <br> DAUBEN, INC., et al, <br><br> Defendant. | CASE NO. 09cv1097 WQH (NLS) <br><br> **ORDER** |

HAYES, Judge:

    The Joint Motion to Dismiss (Doc. # 14) filed by the parties is GRANTED. This action is dismissed with prejudice.

DATED: 2/2/2010

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

- 1 -

09cv1097 WQH (NLS)